# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| M10 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0K8000P | Savicke | 2647 |

F0K8000P

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/05/2026 12:23 | FED 36CFR261.12D |

Place of Offense
Forest Service Road 603 Mile Marker 3

Offense Description: Factual Basis for Charge
Blocking or restricting the use of a road or trail

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Ellsworth | Billiejo | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|
| | | | | |

## VEHICLE

VIN:                                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 583733B | MT | 2013 | AUDI/Q5 | ☐ | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 180.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

F0K8000P

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____04/05/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551: On 04/05/2026, while conducting uniformed patrol within the Lolo National Forest, Plains/Thompson Falls Ranger District, I was traveling on Forest Service Road 603 near mile marker 3. At that location, I observed a white Audi Q5 parked in the middle of the roadway, obstructing vehicle passage and interfering with normal use of the road.

The registered owner, Billiejo Ellsworth, was cited for violation of 36 CFR 261.12(d) – blocking, restricting, or otherwise interfering with the use of a road, trail, or gate.

The foregoing statement is based upon:

   MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
_____04/05/2026_____
   Date (mm/dd/yyyy)        Officer's Signature

☐  Probable cause has been stated for the issuance of a warrant.

Executed on: _____
   Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;               CMV = Commercial vehicle involved in incident